**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6022

DEAN WILLIAMS,

Plaintiff - Appellant,

v.

WARDEN M. PETTIFORD; LIEUTENANT SHAWNCE, Lieutenant SIS at FCI-Bennettsville; LIEUTENANT MILLER, Lieutenant at FCI-Bennettsville; DOCTOR RINCE, Doctor and Head Psychologist at FCI-Bennettsville; D. BOWENS, Captain at FCI-Bennettsville; DOCTOR BARROUS, Medical Director and FCI-Bennettsville,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  R. Bryan Harwell, District Judge. (9:07-cv-00946-RBH)

Submitted:  March 25, 2008          Decided:  April 4, 2008

Before MOTZ, KING and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dean Williams, Appellant Pro Se.   Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dean Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Williams' motion to withdraw his requests for injunctive relief and restraining orders, and affirm for the reasons stated by the district court. Williams v. Pettiford, No. 9:07-cv-00946-RBH (D.S.C. Oct. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED